In the matter of the probate of the last will and testament of
MARY HYNES, deceased.

[Submitted March 27th, 1906.   Decided December 12th, 1906.]

On appeal of Roger Ryan from a decree of the prerogative
court advised by Vice-Ordinary Bergen, whose opinion is re-
ported in *69 N. J. Eq. 485.*

*Mr. James A. Gordon,* for the appellant.

*Mr. Harvey F. Carr,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons set forth
in the opinion filed in the prerogative court by Vice-Ordinary
Bergen.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, GARRETSON,
HENDRICKSON, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM,
GREEN, GRAY, DILL—12.

*For reversal*—None.